UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FREDERICK BANKS** : | **DOCKET NO. 21-cv-0498** |
| **REG. # 05711-068** | **SECTION P** |
| **VERSUS** : | **JUDGE TERRY A. DOUGHTY** |
| **FEDERAL BUREAU OF PRISONS, ET AL** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 22] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 23] filed by Plaintiff to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant petition is **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**.

**THUS, DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 27th day of May 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE